# Prater *v.* The State.

## *Murder.*

(Decided July 2, 1907.  44 South. 655.)

*Bill of Exceptions; Signing; Order Extending Time.*—Where an order granting an extension of time within which to sign a bill of exceptions was made after the expiration of the original order extending the time for signing, such additional order is void and a bill signed under it cannot be considered.

Appeal from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

Lon Prater was convicted of murder in the first degree and appeals.  Affirmed.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.  The bill of exceptions cannot be considered as the order granting further time for signing was made after the expiration of the time of the order granting the first extension.—*Henderson v. Roy,* 40 South. 59.  There is no question presented other than on the bill of exceptions.

HARALSON, J.—The appellant was convicted of murder in the first degree.  He was sentenced on December 14, 1906, and granted 60 days from that date for a bill of exceptions.  The record contains an order of the court, made on February 13, 1907, extending the time 60 days from that date, and the court further extended this time on April 6th, for 30 days from April 14th, and the bill was signed on May 11, 1907.  The order of February 13th was made 1 day after the expiration of the 60 days

first allowed; that time having expired on February 12th, there being 31 days in December and in January. Therefore the last extension cannot be considered. Not being made until after the expiration of the time fixed by the order of the court, it was void.

There being no bill of exceptions in the case, and no error appearing in the record proper, the judgment is affirmed.

The day for the execution of the sentence having passed, Friday, the 23d day of August, 1907, is fixed as the day for the execution of the sentence on defendant.

Affirmed.

TYSON, C. J., and SIMPSON and DENSON, JJ., concur.